In the Matter of the Petition of RAY DONA KUBA to Compel HYMAN M. EPSTEIN, an Attorney at Law, to Turn over Various Stocks, Bonds, Moneys and Papers.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CYRIL F. DOS PASSOS v. "ADAM" D. MORTON, First Name Being Fictitious, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RITA REDMOND, an Infant, etc., v. BORDEN'S FARM PRODUCTS CO., INC.— Motion granted. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

NATIONAL SURETY COMPANY v. LOUIS COHEN.— Motion denied. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MERVALL REALTY CO., INC., v. SAM BUTOW.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MIRIAM G. MILLER v. THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Impleaded with IRVING MILLER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SAMUEL H. COHEN v. GRANVILLE M. BREINIG.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHAMPAGNE, INC., v. NATHAN SANDERS, Doing Business, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN B. MALATESTA v. SARATOGA NATIONAL BANK.— Motion granted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of ALLEN CARUTHERS, JR.— Motion denied. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN M. EPSTEIN.— Motion granted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

JENNIE BEACH GASPER, as Cotrustee, etc., v. JAMES ALBERT WALES, as Cotrustee, etc., Impleaded with STANLEY Y. BEACH.— Motion granted, with leave to respondents to move to vacate this order if the said appeal be not promptly prosecuted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

FRANK HODAPP v. HIRAM B. HOPKINS.— Motion granted. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

In the Matter of the Judicial Settlement of Account of Proceedings of ELSIE H. DE FESTETICS, as Administratrix, etc., of GYULA DE FESTETICS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Finch, McAvoy, Martin and Burr, JJ.

NICHOLAS SOLKO v. HAY FOUNDRY & IRON WORKS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of THE CITY OF NEW YORK (INWOOD HILL PARK).— Reargument ordered. Settle order on notice. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.